UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARKET TAMPA
INVESTMENTS, LLC,

      Plaintiff,

v.                                        Case No: 2:21-cv-37-SPC-NPM

DEUTSCHE BANK NATIONAL
TRUST COMPANY, AS
TRUSTEE FOR NOVASTAR
MORTGAGE FUNDING
TRUST, SERIES 2007-1
NOVASTAR HOME EQUITY
LOAN ASSET-BACKED
CERTIFICATES, SERIES 2007-
1,

      Defendant.
_____/

**ORDER**[1]

      Before the Court is Defendant's Unopposed Motion for Clarification. (Doc. 56). Defendant wants the Court to clarify either its judgment (Doc. 42) or Order quashing service (Doc. 30). This is necessary, says Defendant, so this Order can be recorded in public records to reflect that two judgments are void. The Court grants the Motion and will clarify its March 1, 2021, Order—which

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

quashed Plaintiff's purported service in state court and rendered the default judgments there void. (Doc. 30 at 11 ("Service is QUASHED and the default entered against [Defendant] in state court is VACATED.")). Given the parties' agreement, the Court will use their requested language:

> **Pursuant to the Order dated March 1, 2021, quashing service of process on Defendant, the Final Judgment After Default in the amount of $699,528.00 recorded as Instrument #202014006289 and the Amended Final Judgment After Default in the amount of $702,263.00 recorded as Instrument #202014007332 in the Official Records of Desoto County, Florida are VOID, INVALID and of NO FORCE AND EFFECT.**

(Doc. 56 at 4-5).

Accordingly, it is now

**ORDERED:**

1. Defendant's Amended Unopposed Motion for Clarification of Judgment (Doc. 42) (Doc. 56) is **GRANTED** as explained above.

2. The default judgments recorded in Desoto County, Florida as Instruments #202014006289 and #202014007332 are **VOID**, **INVALID**, and of **NO FORCE OR EFFECT**.

**DONE** and **ORDERED** in Fort Myers, Florida on September 9, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

3